383 Pa. 174 (1955)
Vlachos
v.
Witherow, Appellant.
Supreme Court of Pennsylvania.
Argued October 3, 1955.
November 14, 1955.
*175 Before STERN, C.J., STEARNE, JONES, MUSMANNO and ARNOLD, JJ.
Walter W. Riehl, with him Patrick E. Derrico, and John P. Liekar, for appellants.
*176 Thomas L. Anderson, with him George J. Modrak, and Chris Vlachos, for appellees.
OPINION PER CURIAM, November 14, 1955:
The judgment is affirmed on the opinion of Judge WEINER reported at 3 D. & C. 2d 698.